UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Amber R. Jorgensen,

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.
                                    /

Case No. 13-11765

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 27, 2014 REPORT AND RECOMMENDATION, OVERRULING PLAINTIFF'S OBJECTIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [16, 17, 10, 14]**

      This matter has come before the Court on the magistrate judge's May 27, 2014 report and recommendation on Plaintiff Amber R. Jorgensen's disability benefits request. (Dkt. 16.) The magistrate judge recommended finding that substantial evidence supported the ALJ's decision that Plaintiff's endometriosis, tonsillitis, and panic and adjustment disorders did not render Plaintiff disabled as the Social Security Act contemplates.

      Plaintiff has filed two objections relating to the ALJ's residual functional capacity finding and his hypothetical to the vocational expert. (Dkt. 17.)

      The Court has reviewed the record, including the ALJ's RFC and hypothetical, de novo, and is fully advised in the premises. The Court finds that substantial evidence supports the ALJ's finding. The Court therefore OVERRULES Plaintiff's objections and ACCEPTS and ADOPTS the magistrate judge's report and recommendation. The Court

thus DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  June 30, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2014, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager